# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR DAVID GOMEZ, | ) | NO. CV 13-8894-AB(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 1, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

3